# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| ANITA CARTER, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| | )     CASE NO. 3:14-2286 |
| vs. | )     JUDGE NIXON/KNOWLES |
| | ) |
| | ) |
| | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|       Defendant. | ) |

## REPORT AND RECOMMENDATION

In this Social Security appeal, the Court entered an Order on February 19, 2015 (Docket No. 12) directing Plaintiff to file a Motion for Judgment on the Administrative Record supported by a Brief within thirty (30) days of the entry of that Order. Plaintiff's Motion and Brief for Judgment on the Administrative Record were due March 23, 2015. As of the date of entry of the instant Order, Plaintiff has not filed a Motion and Brief for Judgment on the Administrative Record.

For the foregoing reasons, the undersigned recommends that this action be DISMISSED for failure to prosecute and failure to comply with the Court's prior Order, pursuant to Fed. R. Civ. P. 41(b).

The Court notes that Defendant has filed a Motion to Show Cause why this Complaint should not be dismissed (Docket No. 13), but Plaintiff has not filed a Response to that Motion.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14)

days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

E. Clifton Knowles
United States Magistrate Judge