# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANITA CARTER, | )<br>) |
| Plaintiff, | )<br>) |
| | ) No. 3:14-cv-02286 |
| v. | )<br>) |
| | ) Judge Nixon |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) Magistrate Judge Knowles<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Plaintiff, who is represented by counsel, filed a complaint on November 24, 2014. (Doc. No. 1.) On February 19, 2015, Magistrate Judge Knowles ordered Plaintiff to file a motion for judgment on the administrative record and a supporting brief within thirty days. (Doc. No. 12.) Plaintiff failed to file a motion for judgment on the administrative record. Upon Defendant's Motion to Show Cause Why This Complaint Should Not Be Dismissed, Pursuant to Rule 41(b), Federal Rules of Civil Procedure (Doc. No. 13), Judge Knowles issued a Report and Recommendation ("Report") recommending that this action be dismissed "for failure to prosecute and failure to comply with the Court's prior Order, pursuant to Fed. R. Civ. P. 41(b)" (Doc. No. 14). The Report was filed on July 1, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date. Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety.

Accordingly, the Court **GRANTS** Defendant's motion (Doc. No. 13). This case is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b). The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the 22nd day of July, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT